**No. 10-8401. Joe Daniel Holt, Jr., Petitioner v. Kristi A. Valls, et al.**

562 U.S. 1283, 131 S. Ct. 1687, 179 L. Ed. 2d 611, 2011 U.S. LEXIS 2198.

March 21, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

Same case below, 395 Fed. Appx. 604.